**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES CARNES,<br><br>    Defendant. | Criminal No. 20-CR-10164-NMG |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please withdraw the appearance of Paul V. Kelly of Jackson Lewis P.C. on behalf of Defendant James Carnes in this action.

                Respectfully submitted,

                */s/ Paul V. Kelly*
                Paul V. Kelly (BBO No. 26701
                JACKSON LEWIS P.C.
                75 Park Plaza, 4th Floor
                Boston, MA 02116
                Tel. (617) 367-0025
                Paul.Kelly@jacksonlewis.com

Date:   October 8, 2020

**CERTIFICATE OF SERVICE**

  I certify that this document was filed through ECF and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                */s/ Paul Kelly*
                Jackson Lewis P.C.
                4818-4749-5118, v. 1